IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| URBN US RETAIL LLC,<br>　　　　　Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 21-4807 |
| | : | |
| ZURICH AM. INS. CO.,<br>　　　　　Defendant. | : | |

### ORDER

**AND NOW**, this 28th day of June 2023, upon consideration of Defendant's Motion to Dismiss and all related submissions (Doc. Nos. 25, 28, 29, 30, 32), it is hereby **ORDERED** that Plaintiff's stay request is **DENIED**, and Defendant's Motion to Dismiss (Doc. No. 25) is **GRANTED**. It is further **ORDERED** that Plaintiff's Complaint is **DISMISSED with prejudice** because amendment would be futile. Massarsky v. Gen. Motors Corp., 706 F.2d 111, 125 (3d Cir. 1983).

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Paul S. Diamond
　　　　　　　　　　　　　　　　　　　　　　　　Paul S. Diamond, J.