IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| URBN US RETAIL LLC,<br>　　　　　　Plaintiff,<br><br>v.<br><br>ZURICH AM. INS. CO.,<br>　　　　　　Defendant. | :<br>:<br>:<br>:   Civ. No. 21-4807<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 28th day of June 2023, it is hereby **ORDERED** that Plaintiff's Motion to Request Judicial Notice (Doc. No. 29) is **DENIED as moot**.

_____
Paul S. Diamond, J.

1